United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-15065-pmm |
| Stephen Jaffe (DECEASED) | Chapter 13 |
| Leslie Jaffe | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 5 |
| Date Rcvd: Sep 04, 2024 | Form ID: 138OBJ | Total Noticed: 71 |

The following symbols are used throughout this certificate:
**Symbol**   **Definition**

\+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++   Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^   Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

#   Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 06, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Stephen Jaffe (DECEASED), DISMISSED, 111 Brookshire Place, Philadelphia, PA 19116-1223 |
| jdb | #+ | Leslie Jaffe, 111 Brookshire Place, Philadelphia, PA 19116-1223 |
| aty | #+ | MICHAEL A. CATALDO, Gellert Scali Busenkell & Brown LLC, 1628 John F. Kennedy Blvd., Suite 1901, Phila., PA 19103-2113 |
| 14460443 | + | ACAR Leasing LTD d/b/a GM Financial Leasing, c/o WILLIAM EDWARD CRAIG, Morton & Craig, 110 Marter Avenue, Suite 301 Moorestown, NJ 08057-3125 |
| 14372201 | + | LISS PROPERTY GROUP, PO BOX 769, GALDWYNNE PA 19035-0769 |
| 14372204 | | PA Dept. of Revenue, Bankruptcy Division, Bureau of Compliance, P.O. Box 280946, Harrisburg, PA 17120-0946 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Sep 05 2024 00:08:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 05 2024 00:08:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14460132 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Sep 05 2024 00:08:00 | ACAR Leasing LTD d/b/a GM Financial Leasing, 4000 Embarcadero Dr., Arlington, TX 76014-4101 |
| 14534649 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Sep 05 2024 00:08:00 | ACAR Leasing LTD dba GM Financial Leasing, P.O Box 183853, Arlington, TX 76096-3853 |
| 14379797 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Sep 05 2024 00:08:00 | ACAR Leasing Ltd, dba GM Financial Leasing, PO Box 183853, Arlington, TX 76096-3853 |
| 14393902 | | Email/PDF: bncnotices@becket-lee.com | Sep 05 2024 00:18:11 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14372170 | + | Email/PDF: bncnotices@becket-lee.com | Sep 05 2024 00:44:05 | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 14372171 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Sep 05 2024 00:08:00 | Bank Of America, Po Box 982238, El Paso, TX 79998-2238 |
| 14397867 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Sep 05 2024 00:08:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14372172 | + | Email/Text: BarclaysBankDelaware@tsico.com | Sep 05 2024 00:08:00 | Barclays Bank Delaware, Po Box 8803, Wilmington, DE 19899-8803 |
| 14372182 | | Email/Text: megan.harper@phila.gov | Sep 05 2024 00:08:00 | City Of Philadelphia, Major Tax Unit/Bankruptcy Dept., 1401 JFK Blvd, Room 580, Philadelphia, |

| Recip ID | Notice Type | Date/Time | Recipient |
|---|---|---|---|
| 14372183 | Email/Text: megan.harper@phila.gov | Sep 05 2024 00:08:00 | City of Philadelphia, Bankruptcy Unit, 15th Floor, 1515 Arch Street, Philadelphia, PA 19102 |
| 14385692 | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 05 2024 00:17:08 | CW Nexus Credit Card Holdings l, LLC, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14372173 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 05 2024 00:18:05 | Capital One, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 14397079 | + Email/PDF: ebn_ais@aisinfo.com | Sep 05 2024 00:29:56 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14372174 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 05 2024 00:17:40 | Capital One Bank Usa N, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 14372175 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 05 2024 00:08:00 | Ccb/apples, Po Box 182120, Columbus, OH 43218-2120 |
| 14372176 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 05 2024 00:08:00 | Ccb/bedbath, Po Box 182120, Columbus, OH 43218-2120 |
| 14372177 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 05 2024 00:08:00 | Ccb/drpr&dmn, Po Box 182120, Columbus, OH 43218-2120 |
| 14372178 | + Email/Text: ecf@ccpclaw.com | Sep 05 2024 00:08:00 | Cibik & Cataldo, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| 14406239 | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 05 2024 00:18:12 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14372181 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 05 2024 00:18:13 | Citicards Cbna, Po Box 6241, Sioux Falls, SD 57117-6241 |
| 14372180 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 05 2024 00:29:43 | Citicards Cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 14372184 | + Email/Text: bankruptcy@philapark.org | Sep 05 2024 00:08:00 | City of Philadelphia, Parking Violations Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14372185 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 05 2024 00:08:00 | Comenity Bank/roamans, Po Box 182789, Columbus, OH 43218-2789 |
| 14372186 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 05 2024 00:08:00 | Comenity Bank/womnwthn, Po Box 182789, Columbus, OH 43218-2789 |
| 14372187 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 05 2024 00:08:00 | Comenitybank/wayfair, Po Box 182789, Columbus, OH 43218-2789 |
| 14372188 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 05 2024 00:08:00 | Comenitycb/bbbabymc, Po Box 182120, Columbus, OH 43218-2120 |
| 14372189 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 05 2024 00:08:00 | Comenitycb/blair, Po Box 182120, Columbus, OH 43218-2120 |
| 14372190 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 05 2024 00:08:00 | Comenitycb/boscov, Po Box 182120, Columbus, OH 43218-2120 |
| 14372191 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 05 2024 00:08:00 | Comenitycb/draperdamon, Po Box 182120, Columbus, OH 43218-2120 |
| 14372192 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 05 2024 00:08:00 | Comenitycb/jjill, Po Box 182120, Columbus, OH 43218-2120 |
| 14372202 | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 05 2024 00:17:48 | Macys/dsnb, Po Box 8218, Mason, OH 45040 |
| 14407500 | Email/Text: bnc-quantum@quantum3group.com | Sep 05 2024 00:08:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14378381 | Email/Text: mrdiscen@discover.com | Sep 05 2024 00:08:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14372193 | + Email/Text: mrdiscen@discover.com | | |

| Recipient ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Sep 05 2024 00:08:00 | Discover Fin Svcs Llc, Pob 15316, Wilmington, DE 19850-5316 |
| 14372195 | | Email/Text: bankruptcycourts@equifax.com | Sep 05 2024 00:08:00 | Equifax, P.O. Box 740241, Atlanta, GA 30374 |
| 14372196 | ^ | MEBN | Sep 04 2024 23:56:59 | Experian, Profile Maintenance, P.O. Box 9558, Allen, Texas 75013-9558 |
| 14373253 | | Email/Text: collecadminbankruptcy@fnni.com | Sep 05 2024 00:08:00 | First National Bank of Omaha, 1620 Dodge St., Stop Code 3105, Omaha, NE 68197 |
| 14372197 | | Email/Text: collecadminbankruptcy@fnni.com | Sep 05 2024 00:08:00 | Fnb Omaha, Po Box 3412, Omaha, NE 68103 |
| 14372198 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Sep 05 2024 00:08:00 | | GM FINANCIAL, PO BOX 181145, ARLINGTON TX 76096-1145 |
| 14372199 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 05 2024 00:08:00 | I.R.S., P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14372200 | | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 05 2024 00:17:16 | Jpmcb Card, Po Box 15369, Wilmington, DE 19850 |
| 14379284 | + | Email/Text: RASEBN@raslg.com | Sep 05 2024 00:08:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14402853 | | Email/PDF: resurgentbknotifications@resurgent.com Sep 05 2024 00:17:47 | | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14372203 | + | Email/PDF: MerrickBKNotifications@Resurgent.com Sep 05 2024 00:17:40 | | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 14372206 | ^ | MEBN | Sep 04 2024 23:57:02 | PGW, Legal Dept. 4th Floor, 800 W. Montgomery Avenue, Philadelphia, PA 19122-2806 |
| 14405514 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 05 2024 00:17:07 | | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14372205 | | Email/Text: bankruptcygroup@peco-energy.com | Sep 05 2024 00:08:00 | Peco Energy, 2301 Market Street # N 3-1, Legal Department, Philadelphia PA 19103-1338 |
| 14372207 | + | Email/Text: CollectionsDept@PFCU.COM | Sep 05 2024 00:08:00 | Philadelphia Fed Cr Un, 12800 Townsend Rd, Philadelphia, PA 19154-1095 |
| 14372208 | + | Email/Text: bankruptcy@philapark.org | Sep 05 2024 00:08:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market Street, Philadelphia, PA 19106-1538 |
| 14404334 | | Email/Text: bnc-quantum@quantum3group.com | Sep 05 2024 00:08:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14404333 | | Email/Text: bnc-quantum@quantum3group.com | Sep 05 2024 00:08:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14372209 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 05 2024 00:29:08 | Rosssmns/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14372210 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 05 2024 00:17:40 | Syncb/amer Eagle Dc, Po Box 965005, Orlando, FL 32896-5005 |
| 14372211 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 05 2024 00:18:09 | Syncb/care Credit, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14405304 | ^ | MEBN | Sep 04 2024 23:57:03 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14373002 | ^ | MEBN | Sep 04 2024 23:57:03 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14372213 | | Email/Text: bankruptcy@td.com | Sep 05 2024 00:08:00 | Td Bank N.a., 1701 Route 70 E, Cherry Hill, NJ 08003 |

| Recip ID | Notice Method | Date/Time | Name and Address |
|---|---|---|---|
| 14372212 | Email/Text: bankruptcy@td.com | Sep 05 2024 00:08:00 | Td Bank N.a., 32 Chestnut Street, Lewiston, ME 04240 |
| 14372214 | Email/Text: DASPUBREC@transunion.com | Sep 05 2024 00:08:00 | Trans Union Corporation, Public Records Department, 555 West Adams Street, Chicago, IL 60661 |
| 14384353 | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Sep 05 2024 00:08:00 | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, St. Louis, MO 63166-0108 |
| 14372194 | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Sep 05 2024 00:08:00 | Elan Financial Service, Po Box 108, Saint Louis, MO 63166 |
| 14384354 | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Sep 05 2024 00:08:00 | U.S. Bank National Association, Bankruptcy Department, PO Box 108, St. Louis, MO 63166-0108 |
| 14372215 | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Sep 05 2024 00:08:00 | Us Bank, Cb Disputes, Saint Louis, MO 63166 |

TOTAL: 65

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14372179 | *+ | Cibik and Cataldo, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| 14384693 | *P++ | FIRST NATIONAL BANK OF OMAHA, 1620 DODGE ST, STOP CODE 3113, OMAHA NE 68102-1593, address filed with court:, First National Bank of Omaha, 1620 Dodge Street, Stop Code 3105, Omaha, NE 68197 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 06, 2024    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 4, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MICHAEL A. CIBIK | on behalf of Debtor Stephen Jaffe (DECEASED) help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM EDWARD CRAIG | on behalf of Creditor ACAR Leasing LTD d/b/a GM Financial Leasing wcraig@egalawfirm.com mortoncraigecf@gmail.com;alapinski@egalawfirm.com |

District/off: 0313-2           User: admin           Page 5 of 5

Date Rcvd: Sep 04, 2024           Form ID: 138OBJ           Total Noticed: 71

TOTAL: 4

*Form 138OBJ* (6/24)−doc 113 − 108

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>   Stephen Jaffe (DECEASED)<br><br>   Leslie Jaffe<br><br>   Debtor(s). | Case No. 19−15065−pmm<br><br><br>Chapter: 13 |

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: September 4, 2024　　　　　　　　　　　　　　　　　　　For The Court

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Timothy B. McGrath
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Clerk of Court